# United States District Court for the Northern District of Illinois

Case Number: 08CV2734     Assigned/Issued By: DAJ

Judge Name: HOLDERMAN     Designated Magistrate Judge: MASON

## FEE INFORMATION

*Amount Due:*  [✓] $350.00    [ ] $39.00    [ ] $5.00
             [ ] IFP        [ ] No Fee   [ ] Other _____
             [ ] $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00     Receipt #: 2769087

Date Payment Rec'd: 05/12/08     Fiscal Clerk: DAJ

## ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
[ ] Citation to Discover Assets          (Victim, Against and $ Amount)

[ ] Writ _____
     (Type of Writ)

1  Original and  0  copies on  05/12/08  as to  DEF.
                                (Date)

C:\wpwin80\docket\feeinfo.frm     03/14/05