AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**08 C 2734**

SUMMONS IN A CIVIL CASE

John A. Miles

CASE NUMBER:

V.

ASSIGNED JUDGE:

Home Depot USA, Inc.

DESIGNATED
MAGISTRATE JUDGE:

JUDGE HOLDERMAN
MAGISTRATE JUDGE MASON

TO: (Name and address of Defendant)

Home Depot USA, Inc.
c/o Registered Agent
Illinois Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lyndon C. Molzahn
Menges & Molzahn, LLC
20 North Clark Street, Suite 2300
Chicago, IL 60602
Phone: (312) 917-1880
Fax: (312) 917-1951

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

*(signature)*
(By) DEPUTY CLERK

May 12, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE **6/3/08** |
| NAME OF SERVER (PRINT) **Michael Seitz** | TITLE **Process Server** |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): **IL Corporation Service Holly Blankenship, accepted Service 10:57 AM**

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL **75.00** |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on **6-3-08**
            Date            Signature of Server

Address of Server: **4 Cabin Smoke, Spfld IL**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.