U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of    Case Number: 08 CV 2734
JOHN A. MILES
vs.
HOME DEPOT U.S.A., INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, Home Depot U.S.A., Inc.

| | |
|---|---|
| NAME (Type or print) <br> Charles C. DeWitt, Jr. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Charles C. DeWitt, Jr. | |
| FIRM <br> Littler Mendelson, P.C. | |
| STREET ADDRESS <br> 200 Renaissance Center, Suite 3110 | |
| CITY/STATE/ZIP <br> Detroit, Michigan 48243 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> MI 26636 | TELEPHONE NUMBER <br> 313.446.6401 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |