IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN A. MILES,<br><br>       Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC.,<br><br>       Defendant. | CASE NO. 08 CV 2734<br><br>HONORABLE JAMES F. HOLDERMAN<br><br>MAGISTRATE JUDGE MASON |

**STATEMENT OF DISCLOSURE OF**
**CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

Pursuant to LR 3.2, Home Depot U.S.A., Inc. makes the following disclosure:

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation? **Yes.**

   If the answer is YES, list below the identity of the parent corporation or affiliate and the relationship between it and the named party:

   **The Home Depot, Inc.** (Parent company of Home Depot U.S.A., Inc.)

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   If the answer is YES, list the identity of such corporation or affiliate and the nature of the financial interest:

   **The Home Depot, Inc.** (Parent company of Home Depot U.S.A., Inc.)

DATED: June 24, 2008

/s/ Charles C. DeWitt, Jr.
Charles C. DeWitt, Jr.

**PROOF OF SERVICE**

The undersigned certifies that on June 24, 2008 the foregoing instrument was filed electronically with the Clerk of the Court using the ECF system which will send notification of such filing to Plaintiff's counsel of record.

/s/ Charles C. DeWitt, Jr.
Charles C. DeWitt, Jr.