LCM                                                                                                   55954-2

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| JOHN A. MILES, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No.:     08 CV 2734 |
| | ) | |
| **HOME DEPOT USA, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### CERTIFICATE OF SERVICE

Plaintiff hereby certifies that on August 26, 2008, **Plaintiff's First Set of Interrogatories to Defendant** and **First Request for Production of Documents to Defendant** were served via U.S. mail, postage prepaid to:

> Charles C. DeWitt, Jr.
> Littler Mendelson, P.C.
> 200 Renaissance Center
> Suite 3110
> Detroit, MI 48243

Menges & Molzahn, LLC

By:     /s/ Lyndon C. Molzahn

### CERTIFICATE OF MAILING

I hereby certify that on August 26, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to:

> Charles C. DeWitt, Jr.
> Littler Mendelson, P.C.
> 200 Renaissance Center
> Suite 3110
> Detroit, MI 48243

Attorney for Defendant

Menges & Molzahn, LLC
By:     /s/ Lyndon C. Molzahn