IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN A. MILES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC.,<br><br>　　　　Defendant. | CASE NO. 08 CV 2734<br><br>HONORABLE JAMES F. HOLDERMAN<br><br>MAGISTRATE JUDGE MASON |

### CERTIFICATE OF SERVICE

Defendant hereby certifies that on July 21, 2008, Defendant's First Set of Interrogatories to Plaintiff, Defendant's First Request for Production of Documents, Notice of Taking Deposition of Plaintiff and Defendant's Rule 26 Disclosures were served via U.S. mail, postage prepaid to:

Lyndon C. Molzahn
Menges & Molzahn, LLC
20 North Clark Street
Suite 2300
Chicago, Illinois  60602

　　　　　　　　　　　　　　LITTLER MENDELSON, P.C.

　　　　　　　　　　　　　　/s/ Charles C. DeWitt, Jr.
　　　　　　　　　　　　　　Charles C. DeWitt, Jr. (#P26636)
　　　　　　　　　　　　　　200 Renaissance Center
　　　　　　　　　　　　　　Suite 3110
　　　　　　　　　　　　　　Detroit, Michigan  48243
　　　　　　　　　　　　　　(313) 446-6401
　　　　　　　　　　　　　　(313) 446-6405 (FAX)
　　　　　　　　　　　　　　cdewitt@littler.com
DATED:  August 28, 2008　　　　　*Attorney for Defendant*

-2-

**CERTIFICATE OF FILING**

The undersigned certifies that on August 28, 2008 the foregoing instrument was filed electronically with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants.

      /s/ Charles C. DeWitt, Jr.
_____
      Charles C. DeWitt, Jr.